United States District Court
Southern District of Texas
**ENTERED**
July 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GENE KING, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-171 |
| § | |
| SYNCREON TECHNOLOGY (USA) LLC, § | |
| § | |
| Defendant. § | |

## AGREED ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal With Prejudice of Syncreon Technology (USA) LLC ("Stipulation") of all claims asserted by Plaintiff Gene King ("Plaintiff") against Defendant Syncreon Technology (USA) LLC in the above-styled and numbered action.

Pursuant to the parties' Stipulation, it is hereby **ORDERED** that the lawsuit, including all of Plaintiff's claims against Defendant Syncreon Technology (USA) LLC are **DISMISSED WITH PREJUDICE** to Plaintiff's right to refile same or any part thereof.

It is further **ORDERED** that all costs of court are borne by the party incurring same.

SIGNED at Galveston, Texas, this 10th day of July, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge